# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LARRY BENFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:11-cv-114-JMS-WGH |
| | ) | |
| STEVE FENWICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Dismissing Complaint and Directing Further Proceedings**

Plaintiff Larry Benford, an inmate at the Wabash Valley Correctional Facility, has filed this civil action against ten defendants associated with Putnam County and the Putnam County Jail. The complaint asserts a variety of claims pursuant to 42 U.S.C. § 1983. As presented, however, his complaint is not properly before the court.

**I.**

Rule 18(a) of the *Federal Rules of Civil Procedure* provides that A[a] party asserting a claim to relief as an original claim, counterclaim, cross-claim, or third-party claim, may join, either as independent or as alternate claims, as many claims, legal, equitable, or maritime, as the party has against an opposing party.@ AThus multiple claims against a single party are fine, but Claim A against Defendant 1 should not be joined with unrelated Claim B against Defendant 2. Unrelated claims against different defendants belong in different suits. . . .@ *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). Joinder of the defendants into one action is proper only Aif there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action.@ Fed. R. Civ. P. 20(a). In short, the courts do not allow an inmate to treat a single federal complaint as a sort of general list of grievances.

Benford's complaint does not set forth any claim or claims that properly join all defendants. In *George,* the Seventh Circuit instructed that such Abuckshot complaints@ be Arejected.@ 507 F.3d at 607. Therefore, Benford's complaint is **rejected.**

**II.**

Benford shall have **through July 7, 2011,** in which to file an **amended complaint** incorporating only properly related claims. In submitting an amended complaint, he shall conform to the following guidelines: (a) The amended complaint shall comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief . . ."; (b) the amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances; and (c) the amended complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury.

**III.**

Proceedings other than as specified above are **stayed** until further order.

If an amended complaint is filed as directed in Part II of this Entry, the court will screen it as required by 28 U.S.C. ' 1915A. If no amended complaint is filed as directed in Part II of this Entry, the action will be dismissed without further notice to the plaintiff.

**IT IS SO ORDERED.**

Date: 06/23/2011

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Larry Benford
892701
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old U.S. Highway 41
P.O. Box 500
Carlisle, IN 47838-1111